Joseph A. Brown #09401-007
Name and Prisoner/Booking Number
United States Penitentiary
Place of Confinement
P.O. Box 1000
Mailing Address
Lewisburg, PA 17837
City, State, Zip Code

FILED
HARRISBURG, PA

JUL 25 2017

DM

(Failure to notify the Court of your change of address may result in dismissal of this action.)

# IN THE UNITED STATES DISTRICT COURT

for the M.D. of PA.    "Imminent Danger

Joseph A. Brown
(Full Name of Plaintiff)                    Plaintiff,

v.

(1) C.O. Gilligan
(Full Name of Defendant)

(2) C.O. Hess

(3) C.O. Moyer

(4) PA. F. Alama
                    Defendant(s).

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

CASE NO. 1:17CV-1309
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT**
**BY A PRISONER**

☑ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☐ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☑ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).
   ☐ Other: _____.

2. Institution/city where violation occurred: (USP) Lewisburg, SMU program
   Lewisburg, PA

Revised 3/15/2016                    1

## B. DEFENDANTS

1. Name of first Defendant: C.O. Gilligan . The first Defendant is employed as: CORRECTIONAL OFFICER at (USP) Lewisburg's SMU .
   (Position and Title) (Institution)

2. Name of second Defendant: C.O. HESS . The second Defendant is employed as: CORRECTIONAL OFFICER at (USP) LEWISBURG's SMU .
   (Position and Title) (Institution)

3. Name of third Defendant: C.O. MOYER . The third Defendant is employed as: CORRECTIONAL OFFICER at (USP) LEWISBURG's SMU .
   (Position and Title) (Institution)

4. Name of fourth Defendant: P.A. F. ALAMA . The fourth Defendant is employed as: PHYSICIANS ASSISTANT at (USP) LEWISBURG's SMU .
   (Position and Title) (Institution)

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?   ☑ Yes   ☐ No

2. If yes, how many lawsuits have you filed? 3 . Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: J. BROWN v. M. EdingER
      2. Court and case number: CV14-1133 SHR-JFS
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) Still Pending

   b. Second prior lawsuit:
      1. Parties: J. BROWN v. M. KEMMERER
      2. Court and case number: CV14-1520 SHR
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) IS bEING APPEALED

   c. Third prior lawsuit:
      1. Parties: J. BROWN v. S. DEES
      2. Court and case number: CV17-25 SHR
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) IS bEING APPEALED

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

## D. CAUSE OF ACTION

### CLAIM I

1.   State the constitutional or other federal civil right that was violated: Denied due PROCESS of 5th AMENDMENT Right to PROCEDURE And violated 8th AMENDMENT Right

2.   **Claim I.** Identify the issue involved. Check **only one.** State additional issues in separate claims.
- ☐ Basic necessities
- ☐ Mail
- ☐ Access to the court
- ☐ Medical care
- ☐ Disciplinary proceedings
- ☐ Property
- ☐ Exercise of religion
- ☑ Retaliation
- ☐ Excessive force by an officer
- ☐ Threat to safety
- ☐ Other: _____

3.   **Supporting Facts.** State as briefly as possible the FACTS supporting Claim I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

I, the PlaintIFF Joseph A. Brown was violently ASSAULTED IN the shower AREA by defendants C.O.'s Hess, Moyer, And Gilligan on April 1, 2016. because I REFused to AgREE to stop filing grievances, And to drop my pending civil-lawsuits that was on the docket (CV14-4183; CV14-1520). This incident happened after I took my shower, and I began to complain to C.O. Hess about being violently assaulted in the shower by C.O. Gilligan moments before. C.O. Hess after hearing my complaint ordered me to be taken back into the shower. Then I was approached by C.O. Gilligan, Hess, And Moyer who ordered me to stop filing grievances, And to drop the lawsuits pending, or Else I REFused ANSWER. And thats when I was violently Assaulted by C.O.'s Hess, And Moyer with A barrage of punches to my body (back, chest, stomach) while C.O. Gilligan blocked the door with his back while laughing.

4.   **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

The PlaintIFF suffered numerous injuries with bruises, And contusions Along the upper body AREA, And possible fractures to the ribs.

5.   **Administrative Remedies:**
   a.   Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☑ Yes  ☐ No
   b.   Did you submit a request for administrative relief on Claim I? ☑ Yes  ☐ No
   c.   Did you appeal your request for relief on Claim I to the highest level? ☐ Yes  ☑ No
   d.   If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. After filing the BP-8, I did not get a RESPONSE. I then filed A BP-9 grievance, but still did not get A RESPONSE. I then filed A BP-10, but did not get A RESPONSE of A REjection saying that I must begin at the institutional level first.

## CLAIM II

1.  State the constitutional or other federal civil right that was violated: DENIED DUE PROCESS OF procedure
of 5th AMENDMENT Right, And Violated my 5th AMENDMENT Right,

2.  **Claim II.** Identify the issue involved. Check **only one.** State additional issues in separate claims.
    - ☐ Basic necessities
    - ☐ Mail
    - ☐ Access to the court
    - ☑ Medical care
    - ☐ Disciplinary proceedings
    - ☐ Property
    - ☐ Exercise of religion
    - ☐ Retaliation
    - ☐ Excessive force by an officer
    - ☐ Threat to safety
    - ☐ Other: _____

3.  **Supporting Facts.** State as briefly as possible the FACTS supporting Claim II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

ON APRIL 1, 2016, AFTER I WAS VIOLENTLY ASSAULTED by STAFF OFFICERS, DEFENDANT C.O. HESS, MOYER, GILLIGAN. EARLIER IN THE DAY, I STOPPED (PA) ALAMA, WHO CAME ON THE TIER to do PILL-CALL, And told him that I URGENTLY NEED AND ASK to BE GIVEN A MEDICAL ASSESSMENT for A VIOLENT ASSAULT that I suffered from STAFF EARLIER IN THE DAY, (PA) ALAMA THEN LEFT THE CELL door (324) And told DEFENDANT C.O. HESS WHAT I had just told him And LEFT THE UNIT WITHOUT PULLING ME OUT to GIVE ME A MEDICAL ASSESSMENT for MY INJURIES, (PA) ALAMA WAS DELIBERATELY INDIFFERENT to MY SERIOUS MEDICAL NEEDS,

4.  **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
I WAS LEFT WITH THE NUMEROUS INJURIES THAT I SUFFERED FROM THE ASSAULT UNTREATED, I WAS LEFT IN EXTREME PAIN,

5.  **Administrative Remedies.**
    a.  Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☑ Yes   ☐ No
    b.  Did you submit a request for administrative relief on Claim II?   ☑ Yes   ☐ No
    c.  Did you appeal your request for relief on Claim II to the highest level?   ☐ Yes   ☑ No
    d.  If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. AFTER FILING THE BP-8, AND BP-9 GRIEVANCES AND did NOT GET A RE-SPONSE, I THEN FILED A BP-10, but IT WAS REJECTED BECAUSE IT SAID I MUST begin AT THE INSTITUTIONAL LEVEL FIRST.

4

**CLAIM III**

1. State the constitutional or other federal civil right that was violated: Denied due process of the 8th amendment Right to procedure, and violated my 8th amendment right.

2. **Claim III.** Identify the issue involved. Check **only one.** State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☑ Other: Lack of Training

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   Defendant David J. Ebbert who is the Warden of the prison at (USP) Lewisburg's, SMU program is responsible for the orderly operation of the prison. Defendant Ebbert failed in his duties to adequately train staff that caused the other defendants in this complaint to use staff misconduct and assault with a on-going campaign of systematic retaliation upon the plaintiff on April 1, 2016.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s). The inactions of the warden/defendant Ebbert, caused the plaintiff to suffer being violently assaulted, and was left untreated by medical.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☑ Yes ☐ No
   b. Did you submit a request for administrative relief on Claim III? ☑ Yes ☐ No
   c. Did you appeal your request for relief on Claim III to the highest level? ☐ Yes ☑ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. After filing the BP-8, and BP-9 grievances and did not recieve a response, I filed a BP-10, but it was rejected because it said I must begin at the institution level first.

If you assert more than three Claims, answer the questions listed above for each additional Claim on a separate page.

## E. REQUEST FOR RELIEF

State the relief you are seeking:

THE PLAINTIFF demands THAT A jury TRIAL BE scheduled foR this CASE. The PLAINTIFF is PURSUING this CASE in the defendants INDIVIDUAL And official CAPACITIES. The PLAINTIFF demands COMPENSATORY dAmAGES BE GRANTED of $200 million dollARS TOTAL SUM, ~~████████~~ And the PlAINtiff ASK thAT PunitIvE dAmAGES BE ASSESSED foR the willful intent to injuRE And CAUSE mAliCE.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___July 23, 2017___              ___Joseph A. Brown___
                   DATE                         SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
_____
_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.

Joseph A. Brown #09401-007
United States Penitentiary
P.O. Box 1000
Lewisburg, PA 17837

— U.S. District Court for the M.D. of PA —

Joseph A. Brown, Plaintiff

C.O.) Gilligan, defendant
Individual & Official Capacity
C.O.) Hess, defendant
Individual & Official Capacity
C.O.) Moyer, defendant
Individual & Official Capacity
(P.A.) Alama, defendant
Individual & Official Capacity

Motion & Motion to Add &
Amend Supplemental Com-
plaint (Injunction; T.R.O.)
Case No:
Date: July 23, 2017

"IMMINENT DANGER"

— Supplemental Complaint —

I. Jurisdiction & Venue

1) This is a civil action authorized by 42 U.S.C.
Section 1983 to redress the deprivation, under color of
state law, of rights secured by the Constitution of the
United States. The court has jurisdiction under 28 U.S.C.
Section 1331 and 1343 (a)(3). Plaintiff seeks declaratory
relief pursuant to 28 U.S.C. Section 2201 and 2202.
Plaintiffs claims for injunctive relief are authorized by 28
U.S.C. Section 2283 & 2284, & Rule 65 of the Fed. R. Civ. P..

① of ⑧

(Injunction; T.R.O.)
CONTINUED; 2) The Middle District of Pennsylvania is an appropriate venue under 28 U.S.C. section 1391 (b)(2) because it is where the events giving rise to this claim occured.

## II. Plaintiff

3) Plaintiff, Joseph A. Brown, is and was at all times mentioned herein a prisoner in the state of Pennsylvania in the custody of the Bureau of Prisons He is currently confined in (USP) Lewisburg's, SMU program, in Lewisburg, PA.

## III. Defendant's

4) Defendant's C.O. Gilligan, C.O. Hess, and C.O. Moyer are all correctional officers of (USP) Lewisburg's SMU program, and are all employed by the Bureau of Prisons.

5) Defendant (P.A.) Alama is a Physician Assistant at (USP) Lewisburg's, SMU program.

6) Each defendant is sued individually and in his official capacity. At all times mentioned in this complaint each defendant acted under color of state law.

(Injunction; T.R.O.)

continued; III. Facts

7) In June of 2014, while I, the Plaintiff Joseph A. Brown, was a prisoner housed in P-unit of (USP) Lewis-burg's, SMU program and just weeks away from reaching level 3 to complete the first phase of the program I received an incident report wrote by the ~~_____~~ C.O. Gilligan for what was said to be fake legal mail that I mailed out, but as it turned out after further investigation and review by the D.H.O., the legal mail was not fake and the incident report was dropped by the D.H.O., and I was found not guilty of the incident.

8) Curiously, C.O. Gilligan charged me with an incident report for mailing out what was thought to be illegal mail that would have prevented me from reaching level 3 of the program (appx.) around about the time when I filed a lawsuit in court against the staff in SMU in June 2014.

9) On Feb 4, 2016, a month after the Plaintiff was returned back to SMU program from (USP) Lee, it was C.O. Gilligan who was the very range officer in C-unit where the Plaintiff was housed, and while he was picking-up the food trays after lunch a very violent and loud argument and fight was going-on in his presence involving me and my cellie, but C.O. Gilligan used a deliberate indifference and an on-going campaign of systematic retaliation when he refused to break-up the fight and call for assistance.

10) As a result, the Plaintiff was traumatically injured with injuries and was hospitalized on Feb 4, 2016.

(3) of (8)

(Injunction; T.R.O.)

continued; 11) Upon information and belief this incident that occured in C-Unit that involved an incident fight between the Plaintiff and his cellie was an orchestrated, and coordinated campaign of systematic retaliation by C.O. Gilligan and other staff officials. See Exhibit I

12) As a result, the Plaintiff then began to exhaust all of his administrative remedies against C.O. Gilligan and other staff members. See Exhibit I

13) Then in response to the Plaintiff filing greivances against the defendant C.O. Gilligan and others, upon information and belief, C.O. Gilligan who was a officer assigned to C-unit, had his self requested to be assigned in U-Unit on the same floor (3rd) as the Plaintiff Mr. Brown was housed on after returning from the hospital.

14) Then on March 30, 2016, I was being escorted to the shower by C.O. Gilligan when I was forcefully pushed in the back into the shower. See Exhibit J

15) I then requested a BP-8 informal grievance to grieve his misconduct, but was denied at the time by Counselor Bingham.

16) In response, on April 1, 2016, as I was escorted to the shower by an unknown officer and given time to shower. But after the shower C.O. Gilligan was the C.O. who came alone in the then empty shower area to be my return escort. And again, I was violently pushed in the back by C.O. Gilligan as he opened the shower grille. Then he began to twist my nipple from behind and forcefully pushed the back of my head into the shower wall, and said, "since you like to write me up". See Exhibit L

④ of ⑧

(Injunction; T.R.O.)

CONTINUED; 17) Then After this incident occured
I was being escorted back to the cell by C.O. Gilli-
gan when I notified C.O. Hess About the Assault that
had just occured in the shower. See Exhibit D, And L.
18) C.O. Hess in response ordered me to be taken back
into the shower where I was kept for hours.
19) Then I was approached by C.O.'s Hess, Moyer,
And Gilligan in the empty shower Area And told to stop
filing grievances and to drop the lawsuits pending or else.
20) I refused to give a statement, And for my refusal
I was placed in restraints, then violently assaulted by
C.O.'s Hess, And Moyer while C.O. Gilligan watched And
blocked the door while laughing. See Exhibits A, & D,L
21) The cell 324 I was housed in was shook-down And
some of my legal property was confiscated And destroyed
by the officer who did the shake down. See Exhibit L
22) I then told (PA) Alama when he came on the
tier later, that I need a medical Assessment for an
Assault by staff, but he deliberately refused And
failed to give me a medical Assessment for my injuries
And then went And told C.O. Hess what I just Ask-
ed him for. See Exhibit L.
23) C.O. Hess then came to the cell door And reminded
me that if I told Any medical personel, or staff Again
I would be beaten Again.
24) Since this incident occured on April 1, 2016, I have
been repeatedly threatened by the same officers on
A number of occasions while housed in D-Unit. See
Exhibit A, And K.

⑤ of ⑧

(Injunction, T.R.O.)

CONTINUED; 25) The Plaintiff has REPEATEDLY Notified the court with letters and motions about what was going on with each threat that was made.

26) I am now housed in a level 3 unit (F-block) where the chance is very great that I will cross paths with C.O.'s Hess, Moyer, and Gilligan again, and I fear for my life and safety.

27) Their retaliatory actions are on-going and are on sight. The Plaintiff is in "Imminent Danger" and needs relief, immediately.

IV. Exhaustion of Admin. Remedies

28) On April 17, 2016, the Plaintiff REQUESTED a 20 day EXTENSION to file the BP-8 informal grievance for the incident on April 1, 2016. See Exhibit B.

29) On May 2, 2016, the Plaintiff REQUESTED ANOTHER 20 day EXTENSION to file the BP-8 informal grievance for the incident on April 1, 2016. See Exhibit C.

30) And on May 17, 2016, the Plaintiff filed a BP-8 informal GRIEVANCE to Counselor R. Marr, but did not receive a response. See Exhibits D, and E.

31) And on June 1, 2016, the Plaintiff filed a ~~BP-8~~ BP-9 grievance and gave it to Counselor R. Marr, but did not receive a response. See Exhibits F, and G.

32) And on June 22, 2016, the Plaintiff filed a BP-10 to the Regional Office, but it was rejected. See Exhibit H.

(Note: Upon information, and belief Counselor R. Marr of D-unit who the Plaintiff gave the BP-8, & BP-9 grievances to, never logged, or documented the grievances that was filed.)

(6) of (8)

(Injunction; T.R.O.)
                continued; IV. Legal Claims
33) Plaintiff reallege and incorporate by reference para-
graphs 1-32.
34) The assaults, and deliberate indifference to my
medical needs violated Plaintiff Joseph A. Brown's Rights
and constituted denial of due process of the 5th amend-
ment, and cruel & unusual punishment of the 8th amend-
ment to the United States Constitution.
35) The Plaintiff has no plain, adequate or complete
remedy at law to redress the wrongs described herein.
Plaintiff has been and will continue to be irreparably
injured by the misconduct of the defendants unless
this court grants the declaratory and injunctive relief
which Plaintiff seeks.


            VI. Prayer for Relief


        Wherefore, Plaintiff respectfully prays that
this court enter judgment granting Plaintiff:
36) A declaration that the acts and omissions describ-
ed herein violated Plaintiffs Rights under the Constitution
and laws of the United States.
37) A preliminary, and permanent injunction, ~~~~~~ order-
ing defendants C.O.'s Gilligan, Moyer, and Hess to stop
assaulting and threatening the Plaintiff.
38) And to grant a temporary restraining order ordering
the defendants ~~ C.O.'s Gilligan, Moyer, and Hess to
not come within 100 yards of the Plaintiff. This is to take
effective immediately.
                            (7) of (8)

(Injunction; T.R.O.)
            Continued; 39) Compensatory damages in the
Amount of $200 million dollars total.
40) And for the court to Assess punitive damages
for the wrongful, and malicious intent to injure.
41) A trial on all issues triable by jury.
42) Plaintiffs cost in this suit.
43) And any Additional relief this court deems just, proper,
And equitable.

Date: July 23, 2017   Signed: Joseph A. B___
                              Joseph A. Brown

          - VERIFICATION -

      I have read the foregoing complaint and hereby
verify that the matters alleged therein are true, except
as to matters alleged on information and belief, and as
to those, I believe them to be true. I certify under
penalty of perjury that the foregoing is true and correct.

      Executed at Lewisburg, PA on July 23, 2017.

      Signed: Joseph A. B___
              Joseph A. Brown

                              (8) of (8)

DATE: July 23, 2017

TO: Court Clerk

FROM: Joseph A. Brown, Plaintiff
      #09401-007
      United States Penitentiary
      P.O. Box 1000
      Lewisburg, PA 17837

FILED
HARRISBURG, PA
JUL 2 5 2017
DM

17-CV-1309

1)  I, the Plaintiff Joseph A. Brown motion for the court to send me the necessary forms need to submit to proceed with this Biven's Complaint In Forma Pauperis status, please.

2)  I also request another Biven's Action complaint application, please.

3)  Finally, I would like to request the 399, 398, and 285 forms for the(s) defendant's, please. Thank you!

Inmate Name: Joseph A. Brown
Register Number: 04401-007
United States Penitentiary
P.O. Box 1000
Lewisburg, PA 17837

LEGAL MAIL

RECEIVED
HARRISBURG, PA
JUL 2 5 2017
DM

Clerk, U.S. District Court
for the M.D. of PA.
P.O. Box 983
228 Walnut Street,
Harrisburg, PA 17108-175