# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| JOSEPH A. BROWN, | : | |
| **Plaintiff** | : | |
| | : | No. 1:17-CV-01309 |
| vs. | : | |
| | : | (Judge Rambo) |
| C.O. GILLIGAN, et al., | : | |
| **Defendants** | : | |

## ORDER

**AND NOW**, this 28th day of September, 2017, upon consideration of Plaintiff's complaint (Doc. No. 1), motion to proceed in forma pauperis (Doc. No. 9), and in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1. Plaintiff's motion to proceed in forma pauperis (Doc. No. 9), is **DENIED**;

2. Plaintiff's complaint (Doc. No. 1) is **DISMISSED without prejudice** pursuant to the three-strikes provision, 28 U.S.C. § 1915(g); and

3. The Clerk of Court shall **CLOSE** this case.

 s/Sylvia H. Rambo
 SYLVIA H. RAMBO
 United States District Judge